AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED

OCT - 5 2016

David J. Bradley, Clerk

**SOUTHERN** **DISTRICT OF** **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.

Jose Antonio Zuleta-Flores

Jose Flores

IAE  YOB: 1982
El Salvador
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-16-1845-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 3, 2016** in **Hidalgo** County, in the **Southern** District of **Texas**

(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States El Salvador in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Antonio Zuleta-Flores was encountered by Border Patrol Agents near Hidalgo, Texas on October 3, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on October 3, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 29, 2011, through Phoenix, Arizona. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 19, 2009, the defendant was convicted of 1) Possession with Intent to Distribute a Schedule II Substance, 2) Conspiracy Schedule II and sentenced to four (4) years confinement.

Approved

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

Signature of Complainant

**October 5, 2016**

Jerrico Leason    Senior Patrol Agent

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer